George H. McFadden, John H. McFadden, J. Frank McFadden, George McFadden and W. P. Jenks, co-partners as George H. McFadden & Brother, Plaintiffs in Error, v. Atlantic Compress Company, a corporation, Defendant in Error.

In Banc.

Writ of error to Circuit Court, Escambia county; Lucius J. Reeves, Judge.

Blount & Blount for plaintiffs in error.

John C. Avery (with whom was J. Campbell Avery on the brief) for defendant in error.

This action was brought by the plaintiffs in error against the defendant in error. There was judgment for the defendant, and the plaintiffs take writ of error. The judgment is affirmed.

Decision *Per Curiam.*